Form ntcabuse

# UNITED STATES BANKRUPTCY COURT

Southern District of Texas

Case No.: 13–20227
Chapter: 7
Judge: Richard S. Schmidt

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Christopher D. Armitage
aka Christopher Douglas Armitage
11329 Brendel Lane
Corpus Christi, TX 78410

Social Security / Individual Taxpayer ID No.:
xxx–xx–1222

Employer Tax ID / Other nos.:

## STATEMENT OF PRESUMED ABUSE

The UST has reviewed all materials filed by the debtor and has determined that the debtor's case is presumed to be an abuse under 707(b). (Jue, Barbara)

Dated: 8/19/13

United States Trustee