*Form M-200*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 13-20227-C-7 |
| **CHRISTOPHER D. ARMITAGE A/K/A** | § | (Chapter 7) |
| **CHRISTOPHER DOUGLAS** | § | |
| **ARMITAGE,** | § | |
| Debtor. | | |

### MOTION FOR RELIEF FROM THE STAY REGARDING NON-EXEMPT PROPERTY

**THIS IS A MOTION FOR RELIEF FROM THE AUTOMATIC STAY. IF YOU OBJECT TO THE GRANTING OF RELIEF FROM THE AUTOMATIC STAY, YOU SHOULD CONTACT THE MOVANT IMMEDIATELY TO TRY TO REACH AN AGREEMENT. IF YOU CANNOT REACH AN AGREEMENT, YOU MUST FILE A WRITTEN RESPONSE AND SEND A COPY TO MOVANT NOT LATER THAN SEPTEMBER 16, 2013 AND YOU MUST ATTEND THE HEARING.**
**THE COPY SENT TO THE MOVANT MUST BE DELIVERED BY HAND OR ELECTRONIC DELIVERY IF IT IS SENT LESS THAN FIVE BUSINESS DAYS PRIOR TO THE HEARING. UNLESS THE PARTIES AGREE OTHERWISE, THE HEARING MAY BE AN EVIDENTIARY HEARING AND THE COURT MAY GRANT OR DENY RELIEF FROM THE STAY BASED ON THE EVIDENCE PRESENTED AT THIS HEARING. IF A TIMELY OBJECTION IS FILED, THE COURT WILL CONDUCT A HEARING ON THIS MOTION ON SEPTEMBER 23, 2013 AT 9:00 A.M. IN COURTROOM AT 1133 N. SHORELINE BLVD., 2ND FLOOR, CORPUS CHRISTI, TX 78401.**

1. This motion requests an order from the Bankruptcy Court authorizing the person filing this motion to foreclose on or to repossess the property that is identified in paragraph 3.

2. Movant: Ocwen Loan Servicing, LLC

3. Movant, directly or as agent for the holder, holds a security interest in 5117 Brookside Lane New Port Richey, Florida 34653

   LOT 53, THE MEADOWS, ACCORDING TO THE PLAT THEREOF AS RECORDED IN PLAT BOOK 14, PAGE 109-12, INCLUSIVE, PUBLIC RECORDS OF PASCO COUNTY, FLORIDA.

   BEING THE SAME PROPERTY CONVEYED TO CHRISTOPHER D. ARMITAGE BY DEED FROM WENDY D. COURTER AND TRACY LEWIS RECORDED 09/21/2007 IN DEED BOOK 7639 PAGE 1930, IN THE PUBLIC RECORDS OF PASCO COUNTY, FLORIDA.

4. Movant has reviewed the schedules filed in this case. The property described in paragraph 3 is not claimed as exempt by the debtor.

5. Type of collateral (e.g., Home, Manufactured Home, Car, Truck, Motorcycle): Residential Home

6. Debtor's scheduled value of property: $0.00.

7. Movant's estimated value of property per Appraisal District Valuation: $62,154.00.

8. Total amount owed to movant: $184,697.60 as of July 18, 2013.

9. Estimated equity (paragraph 7 minus paragraph 8): $(122,543.60).

10. Total pre and post-petition arrearages: $29,321.52 as of August 8, 2013.

11. Total post-petition arrearages: $4,303.45 as of August 8, 2013.

12. Amount of unpaid, past due property taxes, if applicable: $_____N/A_____.

13. Expiration date on insurance policy, if applicable: _____N/A_____.

*Form M-200*

14.  **X**      Movant seeks relief based on the debtor(s)' failure to make payments. Debtor(s)' payment history is attached as exhibit "A." Movant represents that the attached payment history is a current payment history reflecting all payments, advances, charges and credits from the inception of the loan. Movant further represents that the payment history is self explanatory or can be interpreted by application of coding information that is also attached. Movant acknowledges that the Court may prohibit the use of parole evidence to interpret a payment history that does not satisfy these representations.

15.   N/A     . Movant seeks relief based on the debtor(s)' failure to provide a certificate of insurance reflecting insurance coverage as required under the debtor's pre-petition contracts.

16. If applicable: Name of CoDebtor: _____N/A_____.

17. Based on the foregoing, movant seeks termination of the automatic stay [and the co-debtor stay, if applicable] to allow movant to foreclose or repossess the debtor(s)' property and seeks to recover its costs and attorneys' fees in an amount not to exceed the amount listed in paragraph 9.

18. Movant certifies that prior to filing this motion an attempt was made to confer with the Debtor(s)' counsel (or with Debtor(s), if *pro se*) either by telephone, by e-mail or by facsimile, by the following person on the following date and time: On August 13, 2013, at 4:34 p.m., I spoke to the Debtor's attorney regarding this Motion and the basis of said Motion. The Debtor does not oppose the Motion as the Debtor as surrendered the Property. If requested by debtor or debtor's counsel, a payment history in the form attached to this motion was provided at least two business days before this motion was filed.

Date: August 29, 2013

_____
Movant's counsel signature
Anh P. Nguyen SBOT 24079053
Telephone: (713) 293-3610
Facsimile: (858) 412-2792

*Mailing Address*
4375 JUTLAND DRIVE, SUITE 200
P.O. BOX 17933
SAN DIEGO, CA 92177-0933

**Certificate of Service and Certificate of Compliance with BLR 4001**

A copy of this motion was served on the persons shown on exhibit "1" at the addresses reflected on that exhibit on August 29, 2013 by prepaid United States first class mail. Movant certifies that movant has complied with Bankruptcy Local Rule 4001.

_____
Movant's Counsel

| | Payment History | | | | | |
|---|---|---|---|---|---|---|
| | **NAME:** | ARMITAGE | | | | |
| | **Loan number** | ******7794 | | | | |
| | **Mort. Comp.** | Ocwen | | | | |
| | **Case Number** | 13-20227 | | | | |
| | **Date Filed** | 5/21/2013 | | | | |
| | | | | | | |
| **Date Posted** | **Amount Rec'd** | **Amount Applied** | **Post Petition Month Paid** | **Suspense** | **Debtor Suspense Balance** | **Notes** |
| | | | | $ - | $ - | |
| 7/7/2008 | $ 1,172.41 | | | $ 1,172.41 | $ 1,172.41 | |
| 7/7/2008 | | $ 1,172.41 | 7/1/2008 | $ (1,172.41) | $ - | |
| 8/27/2008 | $ 1,172.41 | | | $ 1,172.41 | $ 1,172.41 | |
| 8/27/2008 | | $ 1,172.41 | 8/1/2008 | $ (1,172.41) | $ - | |
| 8/27/2008 | $ 1,172.41 | | | $ 1,172.41 | $ 1,172.41 | |
| 8/27/2008 | | $ 1,172.41 | 9/1/2008 | $ (1,172.41) | $ - | |
| 10/7/2008 | $ 1,172.41 | | | $ 1,172.41 | $ 1,172.41 | |
| 10/7/2008 | | $ 1,172.41 | 10/1/2008 | $ (1,172.41) | $ - | |
| 11/8/2008 | $ 1,172.41 | | | $ 1,172.41 | $ 1,172.41 | |
| 11/8/2008 | | $ 1,172.41 | 11/1/2008 | $ (1,172.41) | $ - | |
| 12/8/2008 | $ 1,172.41 | | | $ 1,172.41 | $ 1,172.41 | |
| 12/8/2008 | | $ 1,172.41 | 12/1/2008 | $ (1,172.41) | $ - | |
| 1/9/2009 | $ 1,172.41 | | | $ 1,172.41 | $ 1,172.41 | |
| 1/9/2009 | | $ 1,172.41 | 1/1/2009 | $ (1,172.41) | $ - | |
| 2/11/2009 | $ 1,242.41 | | | $ 1,242.41 | $ 1,242.41 | |
| 2/11/2009 | | $ 1,172.41 | 2/1/2009 | $ (1,172.41) | $ 70.00 | |
| 2/24/2009 | | $ 70.00 | | $ (70.00) | $ - | Applied to Principal |
| 3/19/2009 | $ 1,172.41 | | | $ 1,172.41 | $ 1,172.41 | |
| 3/19/2009 | | $ 1,172.41 | 3/1/2009 | $ (1,172.41) | $ - | |
| 4/9/2009 | $ 1,172.41 | | | $ 1,172.41 | $ 1,172.41 | |
| 4/9/2009 | | $ 1,172.41 | 4/1/2009 | $ (1,172.41) | $ - | |
| 5/18/2009 | $ 1,184.49 | | | $ 1,184.49 | $ 1,184.49 | |
| 5/18/2009 | | $ 1,184.49 | 5/1/2009 | $ (1,184.49) | $ - | |
| 7/16/2009 | $ 1,184.49 | | | $ 1,184.49 | $ 1,184.49 | |
| 7/16/2009 | | $ 1,184.49 | 6/1/2009 | $ (1,184.49) | $ - | |
| 8/17/2009 | $ 1,551.69 | | | $ 1,551.69 | $ 1,551.69 | |
| 8/17/2009 | | $ 1,184.49 | 7/1/2009 | $ (1,184.49) | $ 367.20 | |
| 9/17/2009 | $ 1,551.69 | | | $ 1,551.69 | $ 1,918.89 | |
| 9/17/2009 | | $ 1,184.49 | 8/1/2009 | $ (1,184.49) | $ 734.40 | |
| 9/25/2009 | $ 1,670.12 | | | $ 1,670.12 | $ 2,404.52 | |
| 9/25/2009 | | $ 1,184.49 | 9/1/2009 | $ (1,184.49) | $ 1,220.03 | |
| 11/14/2009 | $ 1,184.49 | | | $ 1,184.49 | $ 2,404.52 | |
| 11/14/2009 | | $ 1,184.49 | 10/1/2009 | $ (1,184.49) | $ 1,220.03 | |
| 11/14/2009 | $ 1,184.49 | | | $ 1,184.49 | $ 2,404.52 | |
| 11/14/2009 | | $ 1,184.49 | 11/1/2009 | $ (1,184.49) | $ 1,220.03 | |
| 11/14/2009 | $ (1,220.03) | | | $ (1,220.03) | $ - | REVERSED |
| 12/26/2009 | $ 1,184.49 | | | $ 1,184.49 | $ 1,184.49 | |
| 12/26/2009 | | $ 1,184.49 | 12/1/2009 | $ (1,184.49) | $ - | |
| 1/26/2010 | $ 1,255.57 | | | $ 1,255.57 | $ 1,255.57 | |
| 1/26/2010 | | $ 1,184.49 | 1/1/2010 | $ (1,184.49) | $ 71.08 | |
| 1/26/2010 | | $ 71.08 | | $ (71.08) | $ - | Late Charge |
| 2/11/2010 | $ 1,337.02 | | | $ 1,337.02 | $ 1,337.02 | |
| 2/11/2010 | | $ 1,337.02 | 2/1/2010 | $ (1,337.02) | $ - | |
| 3/9/2010 | $ 1,337.02 | | | $ 1,337.02 | $ 1,337.02 | |

**EXHIBIT A**

| Date | Payment | Charge | Due Date | Amount | Balance | Notes |
|---|---|---|---|---|---|---|
| 3/9/2010 | | $ 1,337.02 | 3/1/2010 | $ (1,337.02) | $ - | |
| 4/12/2010 | $ 1,373.02 | | | $ 1,373.02 | $ 1,373.02 | |
| 4/12/2010 | | $ 1,337.02 | 4/1/2010 | $ (1,337.02) | $ 36.00 | |
| 4/16/2010 | | $ 35.54 | | $ (35.54) | $ 0.46 | Late Charge |
| 4/16/2010 | | $ 0.46 | | $ (0.46) | $ 0.00 | Applied to Principal |
| 5/10/2010 | $ 1,337.02 | | | $ 1,337.02 | $ 1,337.02 | |
| 5/10/2010 | | $ 1,337.02 | 5/1/2010 | $ (1,337.02) | $ - | |
| 6/9/2010 | $ 1,337.02 | | | $ 1,337.02 | $ 1,337.02 | |
| 6/9/2010 | | $ 1,337.02 | 6/1/2010 | $ (1,337.02) | $ - | |
| 7/27/2010 | $ 1,337.02 | | | $ 1,337.02 | $ 1,337.02 | |
| 7/27/2010 | | $ 1,337.02 | 7/1/2010 | $ (1,337.02) | $ - | |
| 8/23/2010 | $ 1,337.02 | | | $ 1,337.02 | $ 1,337.02 | |
| 8/23/2010 | | $ 1,337.02 | 8/1/2010 | $ (1,337.02) | $ - | |
| 10/15/2010 | $ 1,372.02 | | | $ 1,372.02 | $ 1,372.02 | |
| 10/15/2010 | | $ 1,337.02 | 9/1/2010 | $ (1,337.02) | $ 35.00 | |
| 10/15/2010 | | $ 35.00 | | $ (35.00) | $ - | Late Charge |
| 1/28/2011 | $ 1,337.02 | | | $ 1,337.02 | $ 1,337.02 | |
| 1/28/2011 | | $ 1,337.02 | 10/1/2010 | $ (1,337.02) | $ - | |
| 1/28/2011 | $ 1,337.02 | | | $ 1,337.02 | $ 1,337.02 | |
| 1/28/2011 | | $ 1,337.02 | 11/1/2010 | $ (1,337.02) | $ - | |
| 1/28/2011 | $ 1,337.02 | | | $ 1,337.02 | $ 1,337.02 | |
| 1/28/2011 | | $ 1,337.02 | 12/1/2010 | $ (1,337.02) | $ - | |
| 1/28/2011 | $ 1,550.80 | | | $ 1,550.80 | $ 1,550.80 | |
| 1/28/2011 | | $ 1,337.02 | 1/1/2011 | $ (1,337.02) | $ 213.78 | |
| 1/28/2011 | | $ 213.78 | | $ (213.78) | $ - | Late Charge |
| 2/21/2011 | $ 1,338.36 | | | $ 1,338.36 | $ 1,338.36 | |
| 2/21/2011 | | $ 1,338.36 | 2/1/2011 | $ (1,338.36) | $ - | |
| 3/28/2011 | $ 1,338.36 | | | $ 1,338.36 | $ 1,338.36 | |
| 3/28/2011 | | $ 1,338.36 | 3/1/2011 | $ (1,338.36) | $ - | |
| 4/29/2011 | $ 1,378.36 | | | $ 1,378.36 | $ 1,378.36 | |
| 4/29/2011 | | $ 1,338.36 | 4/1/2011 | $ (1,338.36) | $ 40.00 | |
| 5/23/2011 | $ 1,374.98 | | | $ 1,374.98 | $ 1,414.98 | |
| 5/23/2011 | | $ 1,338.36 | 5/1/2011 | $ (1,338.36) | $ 76.62 | |
| 5/23/2011 | | $ 40.00 | | $ (40.00) | $ 36.62 | Late Charge |
| 5/27/2011 | | $ 32.16 | | $ (32.16) | $ 4.46 | Late Charge |
| 5/27/2011 | | $ 4.46 | | $ (4.46) | $ 0.00 | Applied to Principal |
| 8/31/2011 | $ 2,020.04 | | | $ 2,020.04 | $ 2,020.04 | |
| 8/31/2011 | | $ 1,338.36 | 6/1/2011 | $ (1,338.36) | $ 681.68 | |
| 4/13/2012 | Loan Modification - Due Date 5/1/2012 | | | $ - | $ 681.68 | Mod Effectuated 4/30/2012 |
| 4/27/2012 | $ 1,500.00 | | | $ 1,500.00 | $ 2,181.68 | |
| 5/11/2012 | $ 1,123.73 | | | $ 1,123.73 | $ 3,305.41 | |
| 5/31/2012 | | $ 1,179.11 | 5/1/2012 | $ (1,179.11) | $ 2,126.30 | |
| 6/1/2012 | | $ 26.00 | | $ (26.00) | $ 2,100.30 | Prop Inspection Fees |
| 6/1/2012 | | $ 200.00 | | $ (200.00) | $ 1,900.30 | Expense Advance |
| 6/1/2012 | | $ 12.50 | | $ (12.50) | $ 1,887.80 | Speedpay Fee |
| 6/1/2012 | | $ 387.80 | | $ (387.80) | $ 1,500.00 | Applied to Principal |
| 7/17/2012 | $ 1,179.11 | | | $ 1,179.11 | $ 2,679.11 | |
| 7/17/2012 | | $ 1,179.11 | 6/1/2012 | $ (1,179.11) | $ 1,500.00 | |
| 1/12/2013 | | $ 83.50 | | $ (83.50) | $ 1,416.50 | Excess Claim Funds |
| 6/28/2013 | | $ 1,179.11 | 7/1/2012 | $ (1,179.11) | $ 237.39 | |
| | | | | $ - | $ 237.39 | |
| | | | | $ - | $ 237.39 | |
| | | | | $ - | $ 237.39 | |
| | | | | $ - | $ 237.39 | |
| | | | | $ - | $ 237.39 | |

EXHIBIT A

## SERVICE LIST

**DEBTOR**

Christopher D. Armitage
11329 Brendel Lane
Corpus Christi, TX 78410

**DEBTOR'S ATTORNEY**

John Todd Malaise
Atty at Law
606 N. Carancahua, Ste 1100
Corpus Christi, TX 78401

**CHAPTER 7 TRUSTEE**

Michael B. Schmidt
555 N Carancahua Ste 1550
Corpus Christi, TX 78478

**U.S. TRUSTEE**

U.S. Trustee
Department of Justice
606 North Carancahua Street
Corpus Christi, TX 78476

**PARTIES REQUESTING NOTICE AND/OR AFFECTED PARTIES**

John F. Massouh
Sprouse Shrader Smith, P.C.
701 S. Taylor, Suite 500
Box 15008
Amarillo, TX 79101

Afni, Inc.
Attn: Bankruptcy
PO Box 3097
Bloomington, IL 61702

Americollect
PO Box 1566
Manitowoc, WI 54221

EXHIBIT 1

Calvary Portfolio Services
Attention: Bankruptcy Department
500 Summit Lake Dr. Suite 400
Valhalla, NY 10595

Capital 1 Bank
Attn: Bankruptcy Dept.
PO Box 30285
Salt Lake City, UT 84130

Cash Call
1600 S Douglass Rd
Anaheim, CA 92806

Chase
Po Box 15298
Wilmington, DE 19850

Citifinancial
300 Saint Paul Pl
Baltimore, MD 21202

Miitary Star/AAFES
AAFES
PO Box 650060
Dallas, TX 75265

NCC Business Services, Inc.
9428 Baymeadow Rd., Ste. 200
Jacksonville, FL 32256

Nco Fin /99
Po Box 15636
Wilmington, DE 19850

Plain Gree Loans
Attin Customer Service
93 Mack Road Suite 600
PO BOX 270
Box Elder, MT 59521

Santander Consumer Usa
Po Box 961245
Ft Worth, TX 76161

EXHIBIT 1

Security Fin
SFC Centralized Bankruptcy
PO Box 1893
Spartanburg, SC 29304

EXHIBIT 1