**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS**



In Re: Christopher D. Armitage

**Debtor(s)**

Case No.: 13–20227

Chapter: 7

ENTERED
11/28/2013

*ORDER CLOSING CASE*

The estate has been fully administered. Therefore, the Court orders:

1. Michael B. Schmidt is discharged as trustee of the estate.

2. The Trustee's bond is cancelled.

3. The case is closed.

Signed and Entered on Docket: 11/28/13

RICHARD S. SCHMIDT
United States Bankruptcy Judge